This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 137  SSM 16
Rosemarie A. Herman, &c., et al.,
          Respondents,
Avon Bard LLC, et al.,
          Plaintiffs,
      v.
Julian Maurice Herman, et al.,
          Appellants,
Michael Offit, et al.,
          Defendants.
(And a Third-Party Action.)




          Submitted by John Siegal, for appellants.
          Submitted by Natasha Shishov, for respondents.




*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs, and certified question answered in the affirmative.  Supreme Court did not abuse its discretion in precluding defendant Julian Maurice Herman from participating in the inquest to assess damages against him.  Moreover, the denial of that defendant's cross motion was proper.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson concur.  Judge Feinman took no part.


Decided October 12, 2017